**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-4863**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TOMAS O. CASABLANCA,

Defendant - Appellant.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.  Robert E. Maxwell, Senior District Judge.  (2:04-cr-00005-REM)

---

Submitted:  January 31, 2007          Decided:  March 26, 2007

---

Before MICHAEL, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

L. Richard Walker, Assistant Federal Public Defender, Clarksburg, West Virginia, for Appellant. Sharon L. Potter, United States Attorney, Stephen D. Warner, Assistant United States Attorney, Elkins, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tomas O. Casablanca pled guilty to aiding and abetting the distribution of 1.07 grams of cocaine and was sentenced to four months of imprisonment and three years of supervised release. After being released from incarceration, Casablanca began his supervised release in community confinement. After a hearing on the matter, the district court revoked Casablanca's supervised release because he failed to follow the rules of his community confinement center, which was a condition of his supervised release. The court sentenced Casablanca to ten months of incarceration to be followed by twenty-six months of supervised release. Casablanca appeals, arguing that the district court erred by revoking his supervised release. For the reasons that follow, we affirm.

We find no abuse of discretion in the district court's decision to revoke Casablanca's supervised release. <u>United States v. Copley</u>, 978 F.2d 829, 831 (4th Cir. 1992) (stating review standard). The record reveals that Casablanca had adequate notice that a condition of his supervised release was to abide by the community confinement center's rules and that he violated those rules, resulting in a violation of his supervised release. Accordingly, this claim fails.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>